IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TRAVIS RHODES, as Personal
Representative of the Estate of
TIMOTHY E. RHODES,

    **Plaintiff,**

v.                                      Civil Action No.: 2:19-cv-00626

DEPUTY SHERIFF MICHAEL KING,
and THE ROANE COUNTY COMMISSION,

    **Defendants.**

AND

MELISSA FIELDS, as Personal
Representative of the Estate of
MICHAEL A. NICHOLS,

    **Plaintiff,**

v.                                      Civil Action No.: 2:21-cv-00090

DEPUTY SHERIFF MICHAEL KING,
SHERIFF L. TODD COLE,
and the ROANE COUNTY COMMISSION,

    **Defendants.**

## **WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND/OR STAY**

    **COME NOW** the Defendants, Deputy Sheriff Michael King, Sheriff L. Todd Cole, and the Roane County Commission, by counsel, Wendy E. Greve, Drannon L. Adkins, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby withdraws their Motion for Protective Order and/or Stay.

1

DEPUTY MICHAEL KING, SHERIFF L. TODD COLE, and the ROANE COUNTY COMMISSION

**By Counsel,**

*/s/ Drannon L. Adkins*
Wendy E. Greve, WV State Bar No. 6599
Drannon L. Adkins, WV State Bar No. 11384

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:     (304) 342-1545

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**TRAVIS RHODES, as Personal**
**Representative of the Estate of**
**TIMOTHY E. RHODES,**

    **Plaintiff,**

v.                                            Civil Action No.:  2:19-cv-00626

**DEPUTY SHERIFF MICHAEL KING,**
**and THE ROANE COUNTY COMMISSION,**

    **Defendants.**

**AND**

**MELISSA FIELDS, as Personal**
**Representative of the Estate of**
**MICHAEL A. NICHOLS,**

    **Plaintiff,**

v.                                            Civil Action No.: 2:21-cv-00090

**DEPUTY SHERIFF MICHAEL KING,**
**SHERIFF L. TODD COLE,**
**and the ROANE COUNTY COMMISSION,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on **the 15TH of July 2021** I electronically filed the foregoing ***WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND/OR STAY***, with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

L. Dante' diTrapano
Alex McLaughlin
Benjamin D. Adams
Calwell Luce diTrapano, PLLC
500 Randolph Street,
Charleston, WV  25302

R. Booth Goodwin II
Benjamin B. Ware
Stephanie H. Daly
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301

                                      */s/ Drannon L. Adkins*
                              Wendy E. Greve, WV State Bar No. 6599
                              Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:	(304) 344-0100
Facsimile: (304) 342-1545