IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TRAVIS RHODES, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.  2:19-cv-00626

DEPUTY SHERIFF MICHAEL KING, et al.,

        Defendants.

**ORDER**

Pending before the Court is Defendants Michael King and the Roane County Commission's ("Defendants") Motion for Protective Order/Stay.  (ECF No. 58.)  However, on July 16, 2021, Defendants filed a notice of withdrawal of this motion.  (ECF No. 62.)  Accordingly, the Court **DENIES AS MOOT** Defendants' Motion for Protective Order/Stay, (ECF No. 58).

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:        July 19, 2021

THOMAS E. JOHNSTON, CHIEF JUDGE