# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**TRAVIS RHODES**, as Personal
Representative of the Estate of
**TIMOTHY E. RHODES**,

        **Plaintiff,**

v.                                         Civil Action No. 2:19-cv-00626

**DEPUTY SHERIFF MICHAEL KING**,
and the **ROANE COUNTY COMMISSION,**

        **Defendants.**

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation of the above-styled matter will be held with Thomas V. Flaherty, Esq. serving as mediator on Tuesday, November 16, 2021 @ 9:30 a.m., at the law offices of Flaherty, Sensabaugh, Bonasso, PLLC, located at 200 Capitol Street, Charleston, West Virginia. Counsel, parties, and all individuals necessary to settle the case shall be present and prepared to mediate in good faith.

**Dated: November 15, 2021**

                                                **Respectfully submitted,**

                                              **TRAVIS RHODES**, as Personal Representative
                                              of the Estate of **TIMOTHY E. RHODES**,
                                              By counsel

                                              */s/ Stephanie H. Daly*
                                              R. Booth Goodwin II, Esq. (WVSB #7165)
                                              Benjamin B. Ware, Esq. (WVSB #10008)
                                              Stephanie H. Daly, Esq. (WVSB #8835)
                                              Goodwin & Goodwin, LLP
                                              300 Summers Street, Suite 1500

Charleston, West Virginia 25301
(304) 346-7000/(304) 344-9692
rbg@goodwingoodwin.com
bbw@goodwingoodwin.com
shd@goodwingoodwin.com

and

L. Dante' diTrapano, Esq. (WVSB #6778)
Alex McLaughlin (WVSB #9696)
Benjamin D. Adams, Esq. (WVSB #11454)
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, West Virginia 25302
(304) 400-6558/(304) 344-3684
dditrapano@calwelllaw.com
amclaughlin@cldlaw.com
badams@calwelllaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**TRAVIS RHODES**, as Personal
Representative of the Estate of
**TIMOTHY E. RHODES**,

        **Plaintiff,**

v.        Civil Action No. 2:19-cv-00626

**DEPUTY SHERIFF MICHAEL KING**,
and the **ROANE COUNTY COMMISSION,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I, Stephanie H. Daly, hereby certify that a true and correct copy of the foregoing **NOTICE OF MEDIATION** has been served this 15th day of November, 2021, via the Court's electronic filing system:

    Wendy E. Greve, Esq.
    Drannon L. Adkins, Esq.
    Pullin, Fowler, Flanagan, Brown & Poe, PLLC
    JamesMark Building
    901 Quarrier Street
    Charleston, WV 25304
    *Counsel for all Defendants*

        */s/ Stephanie H. Daly*
        R. Booth Goodwin II, Esq. (WVSB #8835)