IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TRAVIS RHODES, et al.,

        Plaintiffs,

v.                                       CIVIL ACTION NO.   2:19-cv-00626

DEPUTY SHERIFF MICHAEL KING, et al.,

        Defendants.

**ORDER OF DISMISSAL**

        This Court has been advised that the above-styled civil action has been compromised and settled.  Pursuant to W. Va. Code § 55-7-7, the Court has reviewed the Verified Petition for Approval of Wrongful Death Settlement and Distribution of Proceeds, (ECF No. 91), and hereby **APPROVES** the Petition.

        Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

        The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

        **IT IS SO ORDERED**.

        The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 13, 2021

_____
THOMAS E. JOHNSTON, CHIEF JUDGE